RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE   4/7/11
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CURTIS L. SMITH | CIVIL ACTION NO. 11-00078<br>SECTION P |
| VERSUS | |
| RICHARD STALDER, et al. | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiff's request for temporary restraining order and/or preliminary injunction (Doc. 5) is DENIED.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 6th day of April, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE