RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE _____1/26/11_____
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CURTIS L. SMITH (D.O.C. #307909)     DOCKET NO. 11-CV-78; SEC. P

VERSUS                               JUDGE DEE D. DRELL

WARDEN LYNN COOOPER, ET AL.          MAGISTRATE JUDGE JAMES D.
                                     KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 26th day of _____July_____, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE